# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al, § | |
|     Plaintiffs, § | |
| § | Case No. 6:15-cv-01168-JRG |
| v. § | LEAD CASE |
| § | |
| AVAYA, INC., § | |
| NEC CORPORATION OF AMERICA, § | Case No. 6:16-cv-00100-JRG |
|     Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE OF
## ALL CLAIMS BY UNILOC AGAINST NEC CORPORATION OF AMERICA

On this day, the Court considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against NEC Corporation of America (Dkt. No. 204), filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant NEC Corporation of America ("NECAM") pursuant to Rule 41(a)(1)(A)(i) and (ii). Accordingly, it is hereby **ORDERED** that all claims and causes of action asserted by Uniloc against NECAM are **DISMISSED WITH PREJUDICE**, with all costs, expenses, and attorneys' fees to be borne by the party who incurred them.

Any and all motions between Uniloc and NECAM that have not been resolved by the Court are hereby **DENIED AS MOOT**. The Clerk is **ORDERED** to terminate NECAM in lead case 6:15-cv-1168. The Clerk is directed to **CLOSE** member case 6:16-cv-100.

**So Ordered this**
Apr 1, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE